UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID GALLEN,

Plaintiff,

-against-

BAEN ENTERPRISES, INC.; ANTONIA WEISSKOPF,

Defendants.

26-CV-6169 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action, alleging that Defendants breached a capital and royalty agreement. (ECF No. 1, at 1.) The Court dismisses the complaint for the following reasons.

Plaintiff previously submitted to this court a substantially similar complaint against Defendants alleging the same set of facts. That action is pending on my docket. *See Gallen v. Baen Enterprises, Inc.,* No. 26-CV-6114 (LTS) (S.D.N.Y., complaint filed July 19, 2026). As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, the Court dismisses this complaint without prejudice to Plaintiff's pending case.

**CONCLUSION**

Plaintiff's complaint is dismissed as duplicative of *Gallen v. Baen Enterprises, Inc*., No. 26-CV-6114 (LTS) (S.D.N.Y., complaint filed July 19, 2026).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated: July 23, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge